ACCEPTED
01-18-00406-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/24/2018 4:11:13 PM
CHRISTOPHER PRINE
CLERK

5/21/2018 12:43 PM
Chris Daniel - District Clerk Harris County
Envelope No. 24734854
By: CHRISTI Washington
Filed: 5/21/2018 12:43 PM

## CAUSE NO. 2018-10787

| | | |
|---|---|---|
| **CHARLES J. ARGENTO, ET AL.** | § | **IN THE DISTRICT COURT OF** |
| | § | |
| **v.** | § | **HARRIS COUNTY** |
| | § | |
| **SAN JACINTO RIVER AUTHORITY** | § | **151st JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/24/2018 4:11:13 PM
CHRISTOPHER A. PRINE
Clerk

### DEFENDANT SAN JACINTO RIVER AUTHORITY'S
### NOTICE OF INTERLOCUTORY APPEAL

Defendant San Jacinto River Authority ("SJRA") gives notices of its interlocutory appeal, under Section 51.014(a)(8) of the Texas Civil Practice and Remedies Code, and appeals the court's order of May 16, 2018 denying the SJRA's Rule 91a Motion to Dismiss and Plea to the Jurisdiction.

This an accelerated appeal that will be taken to the First or Fourteenth Court of Appeals in Houston, Texas.

There are no Related cases before either the First or Fourteenth Court of Appeals as that term is defined by Local Rule 1.1(b).

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/ s / William S. Helfand_
WILLIAM S. HELFAND
Texas Bar No.: 09388250
SHANE L. KOTLARSKY
Texas Bar No.: 24083329
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
(713) 659-6767 Telephone
(713) 759-6830 Facsimile
bill.helfand@lewisbrisbois.com
shane.kotlarsky@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT**

4824-1650-5190.2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record by electronic filing, certified or regular mail, e-mail, or by facsimile on this on this the 21st day of April, 2018.

William Fred Hagans
Jennifer B. Rustay
Carl D. Kulhanek, Jr.
Hagans Montgomery & Rustay, P.C.
3200 Travis Street, Fourth Floor
Houston, Texas 77006
Tel:     (713) 222-2700
Fax:     (713) 547-4950
E-mail: fhagans@hagans.law
jrustay@hagans.law
ckulhanek@hagans.law

**Attorneys for Plaintiffs**

*/ s / William S. Helfand*
WILLIAM S. HELFAND